**Dated: June 13, 2017**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

In re

PHILLIP W. WILBANKS, JR.

Debtor

Case No:  17-10322 JLC

Chapter:  13

_____

CONSENT ORDER LIFTING STAY AS TO
FIRST METROPOLITAN FINANCIAL SERVICES
_____

It appearing to the Court that, by consent, First Metropolitan Financial Services shall have relief from the automatic stay to proceed with their remedies consistent with their written agreement regarding the 1999 Ford F 250 pickup, VIN 1FTNX20F0XEA06475; and Rule 4001 provisions are waived.

IT IS, SO ORDERED.

APPROVED:

/s/Ken Walker
Attorney for Debtor

/s/ David E. Drexler
Prepared by:
DAVID E. DREXLER (13220)
ATTORNEY FOR CREDITOR
200 JEFFERSON AVENUE, SUITE 1000
MEMPHIS, TENNESSEE 38103
(901) 528-1111

/s/ Timothy H. Ivy
Chapter 13 Trustee

17-02839-0

# CERTIFICATE OF SERVICE

**Please serve these parties:**

**DEBTOR**

**DEBTOR ATTORNEY**

**TRUSTEE**

First Metropolitan Fin Serv In, 6295 Summer Avenue Suite 101, Memphis, TN 38134